**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 531 MAL 2020

         Respondent               :

                                      :   Petition for Allowance of Appeal
                                      :   from the Order of the Superior Court

         v.                          :

                                        :

TYRELL BOYD,                        :

                                       :

         Petitioner               :

## ORDER

**PER CURIAM**

      **AND NOW**, this 10th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.